UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Eric Michael Sorenson,

            Plaintiff,

vs.                        ORDER ADOPTING THE
                             REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

            Defendants.         Civ. No. 14-470 (ADM/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. Plaintiff's motion for appointment of counsel, (Docket No. 3), is **DENIED**.

2. Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is **DENIED AS MOOT**.

3. This action is **DISMISSED WITHOUT PREJUDICE**.

                                                s/Ann D. Montgomery
                                                _____
                                                Ann D. Montgomery, Judge
DATED: May 8, 2014                       United States District Court
At Minneapolis, Minnesota